UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, <br><br> *Defendant*. | Civil Action No. 21-2257 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered on March 19, 2022, Plaintiff. American Oversight, and Defendant, the United States Department of Defense ("DOD"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. On August 25, 2021, Plaintiff filed a Complaint seeking to compel Defendant to disclose documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. *See* ECF No. 1. Plaintiff's Complaint lists five separate FOIA Requests:

    (A) 21-F-0309 (decision memoranda, directives, policy interpretations, and guidance);
    (B) 21-F-1266 (decision memoranda, directives, policy interpretations, and guidance);
    (C) 21-F-0301 (email communications and calendar entries);
    (D) 21-F-1267 (email communications and calendar entries); and
    (E) 21-F-1264 (email communications).

2. On November 10, 2021, Defendant filed an Answer responding to Plaintiff's Complaint. *See* ECF No. 7.

3. The Parties continue communicating about ways to narrow the issues in this matter. On November 28, 2021, Defendant inquired if Plaintiff could provide a topic, subject, or theme for the requested memoranda and could narrow a specific request by providing a key word or topic. On December 9, 2021, Plaintiff responded to Defendant's inquiry. On February 3, 2022, Defendant

responded to Plaintiff's December 9, 2021, response seeking to further refine the issues. As of this filing, the parties are conferring regarding Defendant's narrowing proposals and anticipate a teleconference no later than June 14, 2022.

4. The Parties believe that additional time is necessary to meet and confer to continue discussion about the specifics of the search terms and the scope of the searches. The Parties believe that additional discussion may reduce the number of remaining issues in this matter.

### *PROPOSED FURTHER STEPS*

4. In light of the above, the parties propose that their next status report be due on or before June 24, 2022, so the parties can report to the Court on the progress being made and whether they will need this Court's assistance in resolving this case. Should issues arise earlier that necessitate the Court's intervention, the parties will file an interim status report at that time.

Dated: May 24, 2022

AMERICAN OVERSIGHT

By: /s/ Khahilia Y. Shaw
KHAHILIA Y. SHAW
D.C. Bar No. 1616974
HART WOOD
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street, NW
Suite B255
Washington, DC 20005
(202) 539-6507
Khahilia.Shaw@americanoversight.org
Hart.Wood@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ T Anthony Quinn
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7558
Tony.Quinn2@usdoj.gov

*Counsel for Defendant*