UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN OVERSIGHT,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE,<br><br>　　*Defendant*. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 21-2257 (TJK)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on June 27, 2022, Plaintiff. American Oversight, and Defendant, the United States Department of Defense ("DOD"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. On August 25, 2021, Plaintiff filed a Complaint seeking to compel Defendant to disclose documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. *See* ECF No. 1. Plaintiff's Complaint lists five separate FOIA Requests:

   (A) 21-F-0309 (decision memoranda, directives, policy interpretations, and guidance);
   (B) 21-F-1266 (decision memoranda, directives, policy interpretations, and guidance);
   (C) 21-F-0301 (email communications and calendar entries);
   (D) 21-F-1267 (email communications and calendar entries); and
   (E) 21-F-1264 (email communications).

2. On November 10, 2021, Defendant filed an Answer responding to Plaintiff's Complaint. *See* ECF No. 7.

3. On November 28, 2021, Defendant inquired if Plaintiff could provide a topic, subject, or theme for the requested memoranda and could narrow a specific request by providing a key word or topic. On December 9, 2021, Plaintiff responded to Defendant's inquiry. On February 3, 2022, Defendant responded to Plaintiff's December 9, 2021, response seeking to further refine the issues. On

June 7, 2022, the Parties met, *via* video call, and discussed ways to narrow the issues in this matter and made substantial progress. As previously reported, Defendant requested clarification from Plaintiff about whether the search should include classified documents. Plaintiff now has advised that its research team does not need Defendant to search classified documents. Defendant will begin the search for potentially responsive records.

## *PROPOSED FURTHER STEPS*

4. In light of the above, the parties propose that their next status report be due on or before August 26, 2022, so the parties can report to the Court on the progress being made and whether they will need this Court's assistance in resolving this case. Should issues arise earlier that necessitate the Court's intervention, the parties will file an interim status report at that time.

| | |
|---|---|
| Dated: July 25, 2022 | Respectfully submitted, |
| AMERICAN OVERSIGHT | MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney |
| By: */s/ Khahilia Y. Shaw*<br>KHAHILIA Y. SHAW<br>D.C. Bar No. 1616974<br>HART WOOD<br>D.C. Bar No. 1034361<br>AMERICAN OVERSIGHT<br>1030 15th Street, NW<br>Suite B255<br>Washington, DC 20005<br>(202) 539-6507<br>Khahilia.Shaw@americanoversight.org<br>Hart.Wood@americanoversight.org | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ T Anthony Quinn*<br>T. ANTHONY QUINN<br>D.C. Bar No. 415213<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-7558<br>Tony.Quinn2@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |