UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE<br><br>    Defendant | Civil Action No. 21-2257 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on September 25, 2024, Plaintiff American Oversight and Defendant United States Department of Defense ("DOD"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1.  On August 25, 2021, Plaintiff filed a Complaint seeking to compel Defendant to disclose documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq. *See* ECF No. 1. Plaintiff's Complaint lists five separate FOIA requests:

    (A) 21-F-0309 (decision memoranda, directives, policy interpretations, and guidance);
    (B) 21-F-1266 (decision memoranda, directives, policy interpretations, and guidance);
    (C) 21-F-0301 (email communications and calendar entries);
    (D) 21-F-1267 (email communications and calendar entries); and
    (E) 21-F-1264 (email communications).

2.  On November 10, 2021, Defendant filed an Answer responding to Plaintiff's Complaint. *See* ECF No. 7.

3.  As previously reported, on November 28, 2021, Defendant inquired if Plaintiff could provide a topic, subject, or theme for the requested memoranda and could narrow a specific request by providing a key word or topic. On December 9, 2021, Plaintiff responded to Defendant's inquiry. On February 3, 2022, Defendant responded to Plaintiff's December 9, 2021, response

seeking to further refine the issues. On June 7, 2022, the Parties met, via video call, and discussed ways to narrow the issues in this matter and made substantial progress. Defendant requested clarification from Plaintiff about whether the search should include classified documents. Plaintiff advised that its research team did not need Defendant to search classified documents.

4. As previously reported, DOD initiated preliminary searches for potentially responsive records, which are ongoing. DOD completed the searches and will review the results for responsiveness.

5. As previously reported, DOD made its first interim production on December 20, 2022. DOD released 223 pages, with redactions made pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6), (b)(7)(A), and (b)(7)(E). Of the 223 pages, DOD released 19 pages in full. DOD made its second interim production on January 31, 2023. DOD released 202 pages, with redactions made pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6), (b)(7)(A), and (b)(7)(E). Of the 202 pages, DOD released 5 pages in full.

6. DOD made its third interim production on March 1, 2023. DOD released 60 pages, with redactions made pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6). Of the 60 pages, DOD released 7 pages in full.

7. DOD made its fourth interim production on April 7, 2023. DOD released 134 pages, with redactions made pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6). Of the 134 pages, DOD released 91 pages in full.

8. DOD made its fifth and sixth interim productions on April 28 and May 31, 2023, respectively. On April 28, DOD released 158 pages, with redactions made pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6). Of the 134 pages, DOD released 110 pages in full. On May 31, DOD released

110 pages, with redactions made pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6). Of the 110 pages, DOD released 48 pages in full.

9. DOD made its seventh, eighth, ninth, and tenth interim productions on July 14, August 2, September 1, and October 13, 2023, respectively. These collective releases contained 178 pages, with redactions made pursuant to 5 U.S.C. §§ 552 (b)(5), (b)(6). Of the 178 pages, DOD released 58 pages in full. Plaintiff has reviewed these productions.

10. DOD made its eleventh interim production on November 15, 2023. The production consisted of 36 pages total, of which 26 pages were released in full, and the rest were released in part.

11. DOD made its twelfth interim production on January 6, 2024. The production consisted of 11 pages total, of which one page was released in full, and the rest were released in part.

12. DOD made its thirteenth interim production on March 8, 2024. The production consisted of 379 pages with redactions under Exemptions 5 and 6.

13. DOD made its fourteenth interim production on August 12, 2024. The production consists of 38 pages with redactions under Exemptions 5, 6, and 7(C).

14. DOD made its fifteenth interim production on November 8, 2024. The production consists of 176 pages with redactions under Exemptions 5, and 6.

15. DOD anticipates making its next production within the next month.

**PROPOSED FURTHER STEPS**

16. In light of the above, the parties propose that their next status report be due on or before Tuesday, January 21, 2025, so the parties can report to the Court on the progress being made and whether they will need this Court's assistance in resolving this case. Should issues arise

earlier that necessitate the Court's intervention, the parties will file an interim status report at that time.

| | |
|---|---|
| Date:   November 21, 2024 | Respectfully submitted, |
| AMERICAN OVERSIGHT | MATTHEW M. GRAVES, D.C. Bar # 481052<br>United States Attorney |
| By:  */s/ Emma Lewis*<br>     EMMA LEWIS<br>     D.C. Bar No. 144574 | BRIAN P. HUDAK<br>Chief, Civil Division |
| AMERICAN OVERSIGHT<br>1030 15th Street, NW<br>Suite B255<br>Washington, DC 20005<br>(202) 919-6303<br>Emma.lewis@americanoversight.org | By:     */s/ Sam Escher*<br>     SAM ESCHER, D.C. Bar # 1655538<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 252-2531<br>     Sam.Escher@usdoj.gov |
| *Counsel for Plaintiff* | *Attorneys for United States of America* |